IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MOUSSA DIARRA, | * |
| Petitioner, | * |
| v. | Case No. 5:21-CV-00250-MTT-MSH |
| | * |
| AL-FURQAAN FOUNDATION, | |
| | * |
| Respondent. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 5, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 6th day of August, 2021.

David W. Bunt, Clerk

s/ Vanessa Siaca, Deputy Clerk